UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

GEORGE J. TOWNS,

Plaintiffs,

-against-

NASSAU COUNTY, THE NASSAU COUNTY POLICE DEPARTMENT, DET. JENNIFER SCHEINBERG (SHIELD # 844), DET. "JOHN" NILL, PO JOHN FALLACE, PO RICHARD D. MENZIES (SHIELD # 3336), DET. WILLIAM F. BROSNAN (SHIELD # 309), DET. CHRISTOPHER MUCHOW (SHIELD # 1221), DET. RHUBENS TOUSSAINT (SHIELD # 1192), DET. "JOHN" HOEFENKRIEG, SGT. ROBERT HENRY (SHIELD # 534), PO BRIAN KOHLMIER (SHIELD # 58), SGT. JACQUELINE A. LEWIS,

Defendants.

---------------------------------------------------------------------- X

**15-CV-990 (SIL)**

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsels for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action, is dismissed **WITH PREJUDICE**, and without costs or attorney fees to either party as against the other.

Dated: July , 2020
New York, New York

ASHER & ASSOCIATES

By ______________________
Ryan Heath Asher

111 John Street, Suite 1200
New York, New York 10038

Dated: July 8, 2020
Brooklyn, New York

LAW OFFICES OF DAVID A. ZELMAN

By: ______________________
David A. Zelman

709 Eastern Parkway
Brooklyn, NY 11213

Towns v. County of Nassau, et al.
2:15-cv-990 (SIL)

**FOR COUNTY DEFENDANTS:**

Dated: ~~July~~ September 30, 2020
Mineola, New York

JARED A. KASSCHAU
Nassau County Attorney

BY: ______________________
Pablo A. Fernandez
Deputy County Attorney

One West Street
Mineola, New York 11501

SO ORDERED:

______________________
HON. STEVEN I. LOCKE